**UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LEROY BANKS, III, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO.  05-6853** |
| **THE UNITED STATES OF AMERICA, ET AL** | **SECTION  "M" (4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation and the failure of the plaintiff to file an amended complaint as ordered, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the plaintiff Leroy Banks's claims under the Federal Tort Claims Act are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust.

**IT IS FURTHER ORDERED** that Banks's claims against the Social Security Administration, the Small Business Association, the Army Corps of Engineers, Midland Mortgage Company, Z.C. Sterling Insurance Company, the Sewerage and Water Board of New Orleans, and First Avenue Baptist Church, are **DISMISSED WITH  PREJUDICE** for failing to state a claim

and or for frivolousness under 28 U.S.C. § 1915(e)(2)(b) for failure to comply with Fed. R. Civ. P. 8.

**IT IS FURTHER ORDERED** that Banks's claims against the New Orleans Police Department and unknown F.B.I. Agents are **DISMISSED WITH PREJUDICE** for failing to state a claim and/or for frivolousness under 28 U.S.C. § 1915(e)(2)(b) because they are not suable entities.

**IT IS FURTHER ORDERED** that Banks's claims *Bivens* claims against the federal defendants are **DISMISSED WITH PREJUDICE** for failure to state a claim and/or as frivolous.

**IT IS FURTHER ORDERED** that Banks's remaining claims under federal law against President George W. Bush, Governor Kathleen Blanco, Mayor C. Ray Nagin, Attorney General C. Foti, Michael Brown, the Federal Emergency Management Agency, Cable News Network, WDSU Atlanta, and WWL New Orleans, are **DISMISSED WITH PREJUDICE** for failure to state a claim and/or as frivolous pursuant to Title 28 U.S.C. § 1915(e).

**IT IS FURTHER ORDERED** that Banks's claims against Allstate are **DISMISSED WITH PREJUDICE** for failure to state a claim and/or as frivolous.

**IT IS FURTHER ORDERED** that any remaining state law claims against President George W. Bush, Governor Kathleen Blanco, Mayor C. Ray Nagin, Attorney General C. Foti, Michael Brown, the Federal Emergency Management Agency, Cable News Network, WDSU Atlanta, and WWL New Orleans are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise pendent jurisdiction.

**IT IS FURTHER ORDERED** that the following motions are **DENIED as moot**:

1) **CNN and WXIA's Motion to Dismiss Frivolous Complaint, Or in the Alternative, For More Definite Statement (doc. # 23)**;
2) **Midland Mortgage's Motion to Dismiss (doc. # 26)**;
3) **ZC Sterling Agency's Motion to Dismiss (doc. # 37)**;

4)   **Defendant Allstate Insurance Company's Rule 12(e) Motion for More Definite Statement  (doc. # 44)**;

5)   the **Motion for More Definite Statement (doc. # 45)** filed by the United States, President George W. Bush, the Federal Emergency Management Agency, the Small Business Administration, and the Federal Bureau of Investigation; and

6)   **Defendant Allstate Insurance Company's Rule 12(e) Motion for More Definite Statement in Response to Plaintiff's Amended Petition**.

New Orleans, Louisiana, this _____28th_____ day of _____March_____, 2007.

_____

**UNITED STATES DISTRICT JUDGE**